IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AMBER SHELTON, As Administratrix
of The Estate of Brenda Shelton, Deceased                                    PLAINTIFF

V.                                    CASE NO. 4:10-CV-1519

THE ARKANSAS DEPARTMENT OF
HUMAN SERVICES, CHERYL MILLER,
Individually, and In Her Official Capacity
as an Employee of The Arkansas Department
of Human Services, SHARON THOMPSON,
Individually, and In Her Official capacity
as an Employee of The Arkansas Department
of Human Services, DR. JOHN SCHAY, Individually,
And In His Capacity as a Physician at the
University of Arkansas System,
LEVITA FISHER, Individually, and In Her
Official Capacity as an Employee of
Arkansas State Hospital, ROSALIND HUNTER, individually,
and ALBERT KITTRELL, LINDA PARKER,
CHARLES SMITH, Individually, and In
His Official Capacity as Administrator
Of The Arkansas State Hospital                                               DEFENDANTS

### RESPONSE TO SUPPLEMENTAL MOTION
### TO DISMISS, FILED BY DR. LINDA PARKER

COMES NOW the Plaintiff, by and through counsel, Harrill & Sutter, PLLC, and for her Response, she states:

1.   Dr. Parker waived any other arguments that were not contained in her initial pleading. Nonetheless, for the reasons set out in the respective responses and briefs, incorporated by reference herein, the Defendant, Dr. Parker's Supplemental Motion to Dismiss should be denied.

2.   For the reasons more fully set out in the accompanying brief, the Motion should be denied.

WHEREFORE, Plaintiff prays for an Order denying this Defendant's Motion to Dismiss, and for all other proper relief.

Respectfully submitted,

HARRILL & SUTTER, PLLC
Attorneys at Law
P. O. Box 2012
Benton, Arkansas 72018
501/315-1910

_____/s/ Luther Oneal Sutter_____
Luther Oneal Sutter, Ark. Bar No. 95031
luthersutter@yahoo.com

AND

Gregory Ferguson
Ark. Bar No. 80043
600 West Fourth St.
N. Little Rock, AR  72114
(501) 374-3535

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to counsel for the Defendants:

William Shane Cater
Ark. Dept. of Human Services
P. O. Box 1437, Slot 260
Little Rock, AR  72203
Shane.Cater@arkansas.gov

Lori Freno-Engman
Arkansas Attorney General's Office
323 Center Street, Suite 200
Little Rock, AR  72201
Lori.freno@arkansasag.gov

Carmen M. Mosley-Sims
Ark. Dept. of Human Services
P. O. Box 1437, Slot S-260
Little Rock, AR  72203-1437
Carmen.mosley-sims@arkansas.gov

Mariam Hopkins

Mark Hagemeir

_____/s/ Luther Oneal Sutter_____
Luther Oneal Sutter

g:\doc\shelton, brenda\rspsuppdism-parker.doc