**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

AMBER SHELTON, as Administratrix of                                                      PLAINTIFF
the ESTATE OF BRENDA SHELTON, Deceased

v.                                          No. 4:10CV01519 JLH

ARKANSAS DEPARTMENT OF HUMAN
SERVICES; CHERYL MILLER, individually,
and in her official capacity as an employee of
Arkansas Dept. of Human Services;
SHARON THOMPSON, individually, and in her
official capacity as an employee of Arkansas
Dept. of Human Services; DR. JOHN SCHAY,
individually, and in his capacity as a physician at the
University of Arkansas System; LEVITA FISHER,
individually, and in her official capacity as an employee
of Arkansas State Hospital; ROSALIND HUNTER,
individually; ALBERT KITTRELL; LINDA PARKER;
and CHARLES SMITH, individually, and in his
official capacity as Administrator of Arkansas State Hospital            DEFENDANTS

## NOTICE

The complaint in this case was filed on October 18, 2010. More than 120 days have passed. Plaintiff has not filed proof of service on defendant Albert Kittrell.

Rule 4(m) of the Federal Rules of Civil Procedure provides:

If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

Notice is hereby given to the plaintiff that the Court will dismiss this action as to defendant Albert Kittrell without prejudice unless proof of service is filed ***on or before March 18, 2011***, or the plaintiff establishes good cause for the failure to serve summons and complaint on defendant Albert Kittrell within 120 days after the filing of the complaint.

IT IS SO ORDERED this 18th day of February, 2011.

                                                          */s/ J. Leon Holmes*
                                                    J. LEON HOLMES
                                                    UNITED STATES DISTRICT JUDGE