## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| AMBER SHELTON, as Administratrix of the ESTATE OF BRENDA SHELTON, Deceased | PLAINTIFF |
| v.   No. 4:10CV01519 JLH | |
| ARKANSAS DEPARTMENT OF HUMAN SERVICES; CHERYL MILLER, individually, and in her official capacity as an employee of the Arkansas Dept. of Human Services; SHARON THOMPSON, individually, and in her official capacity as an employee of the Arkansas Dept. of Human Services; DR. JOHN SCHAY, individually, and in his capacity as a physician at the University of Arkansas System; LEVITA FISHER, individually, and in her official capacity as an employee of the Arkansas State Hospital; ROSALIND HUNTER, individually; ALBERT KITTRELL; LINDA PARKER; and CHARLES SMITH, individually, and in his official capacity as Administrator of Arkansas State Hospital | DEFENDANTS |

### ORDER

John Schay has filed a motion for protective order in which Linda Parker has joined, seeking to stay discovery until the Court rules on the pending motions to dismiss. Schay and Parker argue, in part, that the issue of qualified immunity should be decided before discovery commences. After careful consideration, the Court has concluded that discovery should be stayed until the Court rules on the pending motions to dismiss so as to avoid needless expense. No party will be prejudiced by the stay because the trial has not been scheduled and if the motions to dismiss are denied, the plaintiff will be given ample opportunity to conduct discovery before trial. Documents #55, #56, and #57.

IT IS SO ORDERED this 3rd day of March, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE