**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

AMBER SHELTON, as Administratrix of                                    PLAINTIFF
the Estate of Brenda Shelton, Deceased

v.                                    No. 4:10CV01519 JLH

ARKANSAS DEPARTMENT OF HUMAN
SERVICES; CHERYL MILLER, individually
and in her official capacity as an employee of
the Arkansas Department of Human Services;
SHARON THOMPSON, individually and in
her official capacity as an employee of the
Arkansas Department of Human Services;
JOHN SCHAY, individually and in his official
capacity as a physician at the University of
Arkansas System; LEVITA FISHER, individually
and in her official capacity as an employee of the
Arkansas State Hospital; ROSALIND HUNTER,
individually; ALBERT KITTRELL; LINDA PARKER;
and CHARLES SMITH, individually and in his official
capacity as Administrator of the Arkansas State Hospital            DEFENDANTS

<u>**JUDGMENT**</u>

Pursuant to the Opinion and Order entered separately today, Amber Shelton's claims that

arise under the constitution and laws of the United States are dismissed with prejudice.  All of

Amber Shelton's claims that arise under the laws of the State of Arkansas are dismissed without

prejudice.

IT IS SO ORDERED this 29th day of March, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE